fStephen M. Lobbin (CA Bar No. 181195)
sml@smlavvocati.com
**SML Avvocati P.C.**
969 Hilgard Avenue, Suite 1012
Los Angeles, CA 90024
(949) 636-1391

*Counsel for Plaintiff Vision Sphere Labs LLC*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VISION SPHERE LABS LLC,**<br>Plaintiff,<br>v.<br>**EDGECORE AMERICAS NETWORKING CORPORATION,**<br>Defendant. | Case No. 8:26-cv-03112<br><br>COMPLAINT FOR PATENT INFRINGEMENT<br><br>DEMAND FOR JURY TRIAL |

Plaintiff Vision Sphere Labs LLC files this Original Complaint for Patent Infringement against Edgecore Americas Networking Corporation, and would respectfully show the Court as follows:

## I. NATURE OF THE LAWSUIT

1. This is an action for patent infringement under the Patent Laws of the United States, Title 35 United States Code ("U.S.C.") resulting from Edgecore Americas Networking Corporation, infringing, in an illegal and unauthorized manner and without authorization and/or consent from Vision Sphere Labs LLC,

United States Patent No. 7,669,028 pursuant to 35 U.S.C. §271, and to recover damages, attorney's fees, and costs.

## II. THE PARTIES

Plaintiff Vision Sphere Labs LLC ("Plaintiff") is a Texas limited liability company with a place of business located at 17350 State Highway 249, Ste 220, Houston, TX 77064.

2. On information and belief, Defendant Edgecore Americas Networking Corporation ("Defendant") is a corporation organized and existing under the laws of California with a place of business at 20 Mason, Irvine, California 92618. Defendant has a registered agent Olina Petrovic at 20 Mason, Irvine, California 92618.

## II. JURISDICTION AND VENUE

3. This action arises under the patent laws of the United States, Title 35 of the United States Code. This Court has subject matter jurisdiction of such action under 28 U.S.C. §§ 1331 and 1338(a).

4. On information and belief, Defendant is subject to this Court's specific and general personal jurisdiction, pursuant to due process and the California Long-Arm Statute, due at least to its business in this forum, including at least a portion of the infringements alleged herein. Furthermore, Defendant is subject to this Court's specific and general personal jurisdiction because Defendant maintains a place of business at 20 Mason, Irvine, California 92618.

5. Without limitation, on information and belief, within this state and this District, Defendant has used the patented inventions thereby committing, and continuing to commit, acts of patent infringement alleged herein. In addition, on information and belief, Defendant has derived revenues from its infringing acts occurring within California and this District. Further, on information and belief, Defendant is subject to the Court's general jurisdiction, including from regularly doing or soliciting business, engaging in other persistent courses of conduct, and deriving substantial revenue from services provided to persons or entities in California and this District. Further, on information and belief, Defendant is subject to the Court's personal jurisdiction at least due to its providing services within California and this District. Defendant has committed such purposeful acts and/or transactions in California and this District such that it reasonably should know and expect that it could be haled into this Court as a consequence of such activity.

6. Venue is proper in this district under 28 U.S.C. § 1400(b). On information and belief, Defendant maintains a place of business at 20 Mason, Irvine, California 92618. Further Defendant is incorporated in California. On information and belief, from and within this District Defendant has committed at least a portion of the infringements at issue in this case.

7. For these reasons, personal jurisdiction exists and venue is proper in this Court under 28 U.S.C. § 1400(b).

## III. UNITED STATES PATENT NO. 7,990,860

8. Plaintiff incorporates the above paragraphs herein by reference.

9. On August 2, 2011, United States Patent No. 7,990,860 ("the '860 Patent") was duly and legally issued by the United States Patent and Trademark Office. The '860 Patent is titled "Method and System for Rule-Based Sequencing for QoS." A true and correct copy of the '860 Patent is attached hereto as Exhibit 1 and incorporated herein by reference.

10. Vision Sphere Labs LLC is the assignee of all right, title, and interest in the '860 Patent, including all rights to enforce and prosecute actions for infringement and to collect damages for all relevant times against infringers of the '860 Patent. Accordingly, Vision Sphere Labs LLC possesses the exclusive right and standing to prosecute the present action for infringement of the '860 Patent by Defendant.

11. The invention in the '860 patent relates to an improved method for communicating data over a network to provide Quality of Service ("QoS") that includes prioritizing the data a communicating the data based at least in part on the priority. (Ex. 1 at Abstract).

12. Communications networks typically include multiple nodes connected by links and are typically bandwidth constrained such that there is more data to be communicated than bandwidth available at any given point in time. (*Id.* at 1:10-12; 2:51-53). This constraint can be caused by the demand for bandwidth

exceeding the supply and/or the available communications technology not supplying enough bandwidth to meet the needs of the user. (*Id.* at 2:54-57). In bandwidth-limited networks, less important data can clog the network and prevent more important data from getting through in a timely fashion or arriving at all. (*Id.* at 2:58-62). Networks can also include internal buffering to compensate for unreliable links in the communications network, which can lead to addition delay or data loss. (*Id.* at 2:62-65). Bandwidth can also change dynamically due to, for example, quality of service, jamming, signal obstruction, and priority reallocation. (*Id.* at 3:10-12).

13. There are known approaches for delivering data over a communications network, including QoS. (*Id.* at 4:16-17). QoS refers to capabilities of a network to provide various forms of guarantees with regard to data that is carried in a communications network. (*Id.* at 4:16-18). The primary goal of QoS is to provide priority such as dedicated bandwidth, controlled jitter and latency, and improved loss characteristics. (*Id.* at 4:28-32). Another important goal of QoS is to make sure that providing priority for one flow does not make other flows fail. (*Id.* at 4:32-33).

14. Current approaches to QoS often require every node in a network to support QoS or at least every node in the network involved in a particular communication to support QoS. (*Id.* at 4:36-39). This type of approach does not scale well because of the large amount of state information each node must

maintain, and the overhead associated with setting up connections. (*Id.* at 4:47-50).

15. Furthermore, existing QoS solutions are often network specific and could only classify messages based on the header such that messages that looked the same to the current QoS systems may have different priorities based on message content. (*Id.* at 4:62-67). This can result in users requiring access to high-priority data being flooded by lower-priority data. (*Id.* at 4:67-5:1).

16. Existing QoS systems also could not provide QoS based on message content at the transport layer of the Open System Interconnection (OSI) seven-layer protocol model. (*Id.* at 5:2-3; 1:51-56). The patent explains that the "Transmission Control Protocol (TCP)," which is the protocol at the transport layer, requires several forms of handshaking and acknowledgements to occur in order to send data," which can result in high latency and loss if the TCP hits time outs and is not able to send much, if any, meaningful data over a network. (*Id.* at 3:51-57).

17. The inventors therefore recognized the need for systems and methods that provide QoS on the edge of a data network and a need for adaptive and configurable QoS systems and methos in a data network. (*Id.* at 5:19-22). The inventions disclosed in the '860 Patent were unconventional solutions to problems arising in the context of communications networks that used existing QoS systems that did not scale well, needed better jitter and latency control, needed improved data loss, and required better QoS than relying on the header. (*E.g.*, *id.* at 1:51-56,

2:58-62, 3:51-57, 4:28-32, 47-50, 4:67-5:3, 5:19-22). The invention improved the technical functioning of computer data networks using an unconventional solution for prioritizing data configured to operate at the transport layer of the protocol stack and based at least in part on a user defined rule.

## IV. COUNT I (PATENT INFRINGEMENT OF UNITED STATES PATENT NO. 7,990,860)

18. As explained below, each Accused Instrumentality performs a method for communicating data over a network to provide quality of service that infringes claim 1 of the '860 Patent in California, in this District, and elsewhere in the United States. The products that perform the method, included but are not limited to, the ECS4660-28F, ECS4610-26T, ECS4610-50, ECS4110-28P, ECS4110-52P, ECS4110-52T, ECS4110-28T, ECS4210-12T, ECS4210-12P, ECS4530-54CSFP, ECS4530-54CSFP-I, ECS4125-10T, ECS4155-30T, ECS4150-28T, ECS4150-28F, ECS4150-28P, ECS4150-54T, ECS4150-54P, ECS4650-54P, ECS5520-18X, ECS5520-18T, ECS5550-30X (each an "Accused Instrumentality" collectively "Accused Instrumentalities").

19. **<u>Direct Infringement</u>**. As explained below, each Accused Instrumentality performs a method for communicating data over a network to provide quality of service that infringes claim 1 of the '860 Patent. The ECS5520-18X is shown as an example of the infringement and all Accused Instrumentalities

infringe similarly. Each Accused Instrumentality performs traffic control based on quality of service




(*E.g.*, https://www.edge-core.com/product/ecs5520-18x/).




(*E.g.*, https://support.edge-core.com/hc/en-us/articles/360025387114-How-to-Configure-User-Policies).

20. Each Accused Instrumentality performs the step of performing, by at least one processing device, at least: receiving data at a data communication system

operating on a node at an edge of a network. Demonstrated by the Edgecore ECS5520 Series Software Release v3.1.6.241 Management Guide, the switch is a data communication system the prioritizes traffic with its at least one processing device. The target product is referred to as an edge switch, describing it operating on a node at the edge of a network.


**Traffic Prioritization** This switch prioritizes each packet based on the required level of service, using eight priority queues with strict priority, Weighted Round Robin (WRR) scheduling, or a combination of strict and weighted queuing. It uses IEEE 802.1p and 802.1Q tags to prioritize incoming traffic based on input from the end-station application.


- When a protocol packet is received on an access port (i.e., an 802.1Q trunk port connecting the edge switch to the local customer network)
  - with the destination address 01-80-C2-00-00-00,0B~0F (C-VLAN), and



(*E.g.*, https://www.edge-core.com/download/ecs5520-18t-x-web-management-guide-r04/?refresh=68a48be225e4d1755614178&wpdmdl=1801.com).

21. Each Accused Instrumentality performs the step of determining a network status from a plurality of network statuses based on analysis of network measurements. As an example product practicing this claim element, the ECS4660-28F performs packet-level analysis/classification as part of its QoS functionality. The device classifies each packet upon network entry using packet characteristics including Layer 2, Layer 3, and Layer 4 information, and uses that classification to determine how traffic is forwarded. This packet-analysis/classification functionality corresponds to the claimed "network analysis component." Each Accused Instrumentality provides a QoS (Quality of Service) feature that is

essential for ensuring that important traffic can be prioritized with the limited bandwidth on the router. Thus, the role of QoS on Accused Instrumentalities is to determine a network status from a plurality of network statuses based on analysis of network measurements, to then make decisions about how to allocate limited upload and download bandwidth.

**QUALITY OF SERVICE** Differentiated Services (DiffServ) provides policy-based management mechanisms used for prioritizing network resources to meet the requirements of specific traffic types on a per-hop basis. Each packet is classified upon entry into the network based on access lists, IP Precedence or DSCP values, or VLAN lists. Using access lists allows you select traffic based on Layer 2, Layer 3, or Layer 4 information contained in each packet. Based on network policies, different kinds of traffic can be marked for different kinds of forwarding.

## QUALITY OF SERVICE

This chapter describes the following tasks required to apply QoS policies:

Class Map – Creates a map which identifies a specific class of traffic.

Policy Map – Sets the boundary parameters used for monitoring inbound traffic, and the action to take for conforming and non-conforming traffic.

Binding to a Port – Applies a policy map to an ingress port.

> The commands described in this section are used to configure Quality of Service (QoS) classification criteria and service policies. Differentiated Services (DiffServ) provides policy-based management mechanisms used for prioritizing network resources to meet the requirements of specific traffic types on a per hop basis. Each packet is classified upon entry into the network based on access lists, IP Precedence, DSCP values, VLAN lists, or CoS values. Using access lists allows you select traffic based on Layer 2, Layer 3, or Layer 4 information contained in each packet. Based on configured network policies, different kinds of traffic can be marked for different kinds of forwarding.
>
> All switches or routers that access the Internet rely on class information to provide the same forwarding treatment to packets in the same class. Class information can be assigned by end hosts, or switches or routers along the path. Priority can then be assigned based on a general policy, or a detailed examination of the packet. However, note that detailed examination of packets should take place close to the network edge so that core switches and routers are not overloaded.
>
> Switches and routers along the path can use class information to prioritize the resources allocated to different traffic classes. The manner in which an individual device handles traffic in the DiffServ architecture is called per-hop behavior. All devices along a path should be configured in a consistent manner to construct a consistent end-to-end QoS solution.

(*E.g.*, https://www.edge-core.com/_upload/images/ECS4660-28F_MG_R03.pdf).

22. Each Accused Instrumentality performs the step of selecting a mode from a plurality of modes based on the determined network status, wherein each of the plurality of modes corresponds with at least one of the plurality of network statuses, wherein each of the plurality of modes comprises a user defined sequencing rule. The list of commands show the ability to set user-defined sequencing rules, which can assign classes and policies to each traffic type. In addition, these QoS configurations allow a user to set classification and policing rules for each type of traffic. As shown below, there are defined ways in which a user can set rules or policies for each port or traffic class.

**COMMAND USAGE**
To create a service policy for a specific category or ingress traffic, follow these steps:

1. Use the Configure Class (Add) page to designate a class name for a specific category of traffic.
2. Use the Configure Class (Add Rule) page to edit the rules for each class which specify a type of traffic based on an access list, a DSCP or IP Precedence value, a VLAN, or a CoS value.
3. Use the Configure Policy (Add) page to designate a policy name for a specific manner in which ingress traffic will be handled.
4. Use the Configure Policy (Add Rule) page to add one or more classes to the policy map. Assign policy rules to each class by "setting" the QoS value (CoS or PHB) to be assigned to the matching traffic class. The policy rule can also be configured to monitor the maximum throughput and burst rate. Then specify the action to take for conforming traffic, or the action to take for a policy violation.
5. Use the Configure Interface page to assign a policy map to a specific interface.

(*E.g.*, https://www.edge-core.com/_upload/images/ECS4660-28F_MG_R03.pdf).

The commands described in this section are used to configure Differentiated Services (DiffServ) classification criteria and service policies. You can classify traffic based on access lists, IP Precedence or DSCP values, or VLANs. Using access lists allows you select traffic based on Layer 2, Layer 3, or Layer 4 information contained in each packet.

**Table 181: Quality of Service Commands**

| Command | Function | Mode |
|---|---|---|
| class-map | Creates a class map for a type of traffic | GC |
| description | Specifies the description of a class map | CM |
| match | Defines the criteria used to classify traffic | CM |
| rename | Redefines the name of a class map | CM |
| policy-map | Creates a policy map for multiple interfaces | GC |
| description | Specifies the description of a policy map | PM |
| class | Defines a traffic classification for the policy to act on | PM |
| rename | Redefines the name of a policy map | PM |
| police flow | Defines an enforcer for classified traffic based on a metered flow rate | PM-C |
| police srtcm-color | Defines an enforcer for classified traffic based on a single rate three color meter | PM-C |
| police trtcm-color | Defines an enforcer for classified traffic based on a two rate three color meter | PM-C |
| set cos | Services IP traffic by setting a class of service value for matching packets for internal processing | PM-C |
| set phb | Services IP traffic by setting a per-hop behavior value for matching packets for internal processing | PM-C |
| service-policy | Applies a policy map defined by the policy-map command to the input of a particular interface | IC |
| show class-map | Displays the QoS class maps which define matching criteria used for classifying traffic | PE |
| show policy-map | Displays the QoS policy maps which define classification criteria for incoming traffic, and may include policers for bandwidth limitations | PE |
| show policy-map interface | Displays the configuration of all classes configured for all service policies on the specified interface | PE |

**Command Usage**

- First enter this command to designate a class map and enter the Class Map configuration mode. Then use match commands to specify the criteria for ingress traffic that will be classified under this class map.
- One or more class maps can be assigned to a policy map (page 1411). The policy map is then bound by a service policy to an interface (page 1421). A service policy defines packet classification, service tagging, and bandwidth policing. Once a policy map has been bound to an interface, no additional class maps may be added to the policy map, nor any changes made to the assigned class maps with the match or **set** commands.

**Example**

This example creates a class map call "rd-class," and sets it to match packets marked for DSCP service value 3:

```
Console(config)#class-map rd-class match-any
Console(config-cmap)#match ip dscp 3
Console(config-cmap)#
```

**Related Commands**

show class-map (1422)

(*E.g.*, https://www.edge-core.com/_upload/images/ECS4660-28F_MG_R03.pdf).

**Command Usage**

- Use the **policy-map** command to specify the name of the policy map, and then use the class command to configure policies for traffic that matches the criteria defined in a class map.
- A policy map can contain multiple class statements that can be applied to the same interface with the service-policy command.
- Create a Class Map (page 1411) before assigning it to a Policy Map.

**Example**

This example creates a policy called "rd-policy," uses the class command to specify the previously defined "rd-class," uses the **set** command to classify the service that incoming packets will receive, and then uses the police flow command to limit the average bandwidth to 100,000 Kbps, the burst rate to 4000 bytes, and configure the response to drop any violating packets.

```
Console(config)#policy-map rd-policy
Console(config-pmap)#class rd-class
Console(config-pmap-c)#set cos 0
Console(config-pmap-c)#police flow 10000 4000 conform-action transmit
  violate-action drop
Console(config-pmap-c)#
```

**class** This command defines a traffic classification upon which a policy can act, and enters Policy Map Class configuration mode. Use the **no** form to delete a class map.

**Syntax**

[**no**] **class** *class-map-name*

*class-map-name* - Name of the class map. (Range: 1-32 characters)

**Default Setting**

None

**Command Mode**

Policy Map Configuration

**Command Usage**

- Use the policy-map command to specify a policy map and enter Policy Map configuration mode. Then use the **class** command to enter Policy Map Class configuration mode. And finally, use the **set** command and one of the **police** commands to specify the match criteria, where the:
  - set phb command sets the per-hop behavior value in matching packets. (This modifies packet priority for internal processing only.)
  - set cos command sets the class of service value in matching packets. (This modifies packet priority in the VLAN tag.)

- **police** commands define parameters such as the maximum throughput, burst rate, and response to non-conforming traffic.

◆ Up to 16 classes can be included in a policy map.

**EXAMPLE**

This example creates a policy called "rd-policy," uses the **class** command to specify the previously defined "rd-class," uses the set phb command to classify the service that incoming packets will receive, and then uses the police flow command to limit the average bandwidth to 100,000 Kbps, the burst rate to 4,000 bytes, and configure the response to drop any violating packets.

```
Console(config)#policy-map rd-policy
Console(config-pmap)#class rd-class
Console(config-pmap-c)#set phb 3
Console(config-pmap-c)#police flow 10000 4000 conform-action transmit
  violate-action drop
Console(config-pmap-c)#
```

(*E.g.*, https://www.edge-core.com/_upload/images/ECS4660-28F_MG_R03.pdf).

**Figure 156: Adding Rules to a Policy Map**




To show the rules for a policy map:

1. Click Traffic, DiffServ.
2. Select Configure Policy from the Step list.
3. Select Show Rule from the Action list.

**Figure 157: Showing the Rules for a Policy Map**



Traffic > DiffServ

Step: 2. Configure Policy Action: Show Rule

Policy Name rd-policy

Rule List Total: 1

| | Class Name | Action | Meter | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Meter Mode | Committed Information Rate (kbps) | Committed Burst Size (bytes) | Exceeded Burst Size (bytes) | Peak Information Rate (kbps) | Peak Burst Size (bytes) | Conform | Exceed | Violate |
| | rd-class | Set PHB 3 | Flow | 1000000 | 4000 | | | | Transmit | | Drop |

Delete Revert

**Figure 155: Showing Policy Maps**




To edit the rules for a policy map:

1. Click Traffic, DiffServ.
2. Select Configure Policy from the Step list.
3. Select Add Rule from the Action list.
4. Select the name of a policy map.
5. Set the CoS or per-hop behavior for matching packets to specify the quality of service to be assigned to the matching traffic class. Use one of the metering options to define parameters such as the maximum throughput and burst rate. Then specify the action to take for conforming traffic, the action to tack for traffic in excess of the maximum rate but within the peak information rate, or the action to take for a policy violation.
6. Click Apply.

(*E.g.*, https://www.edge-core.com/_upload/images/ECS4660-28F_MG_R03.pdf).

### Attaching a Policy Map to a Port

Use the Traffic > DiffServ (Configure Interface) page to bind a policy map to a port.

**CLI References**

- "Quality of Service Commands" on page 1407

**Command Usage**

- First define a class map, define a policy map, and then bind the service policy to the required interface.

**Parameters**

These parameters are displayed:

- **Port** – Specifies a port.
- **Ingress** – Applies the selected rule to ingress traffic.
- **Egress** – Applies the selected rule to egress traffic.

**Web Interface**

To bind a policy map to a port:

1. Click Traffic, DiffServ.
2. Select Configure Interface from the Step list.
3. Check the box under the Ingress or Egress field to enable a policy map for a port.
4. Select a policy map from the scroll-down box.
5. Click Apply.

**Figure 158: Attaching a Policy Map to a Port**



(*E.g.*, https://www.edge-core.com/_upload/images/ECS4660-28F_MG_R03.pdf). Each user-defined rule can specify what the bandwidth limits are for the class or port, and what to do if the bandwidth limits are exceeded. The mode selection component of the Accused Instrumentalities governs the choice of what traffic type to allocate bandwidth, and how much. For instance, say that the traffic types are Voice, Video Streaming, and Gaming, and the policies mapped to each traffic type are (both for Ingress and Egress):

Voice Policy:

- Committed Information Rate: 20 MB/s
- Conform: Transmit
- Exceed: Set IP DSCP priority to 1
- Violate: Drop

Video Streaming Policy:

- Committed Information Rate: 30 MB/s
- Conform: Transmit
- Exceed: Drop
- Violate: Drop

Gaming Policy:

- Committed Information Rate: 50 MB/s
- Conform: Transmit

- Exceed: Drop
- Violate: Drop

To see how the modes might be selected in different network status situations, we can pose a few example cases:

Case 1:

- Voice: 30 MB/s
- Video Streaming: 40 MB/s
- Gaming: 60 MB/s

The result of this network status and combination of policies is that the resulting mode will allow near 30 MB/s of bandwidth for Voice, and only allow 30 MB/s for Video Streaming and 50 MB/s for Gaming. All traffic in excess of that will be dropped for the latter two traffic types.

Case 2:

- Voice: 20 MB/s
- Video Streaming: 40 MB/s
- Gaming: 60 MB/s

The result of this network status and combination of policies is that the resulting mode will allow exactly 20 MB/s of bandwidth for Voice, and only allow 30 MB/s for Video Streaming and 50 MB/s for Gaming. All traffic in excess of that will be

dropped for the latter two traffic types. The above two examples show how modes can be selected from a plurality of modes that correspond to a variety of network statuses, and how each mode comprises a user-defined rule.

23. Each Accused Instrumentality performs the step of prioritizing the data at the data communication system by assigning a priority to the data, wherein prioritizing the data comprises sequencing the data based at least in part on the user defined sequencing rule of the selected mode ECS4660-28F Management Guide says QoS provides bandwidth for prioritized applications/tasks based on user defined parameters such as class and policy maps. The user enters the class name for a policy, and then adds a rule to a policy that defined parameters such as

- Action
- Meter mode
- Committed Information Rate
- Committed Burst Size
- Excess Burst Size
- Peak Information Rate
- Peak Burst Size
- Conform
- Exceed
- Violate

By setting several policies and mapping them to specific classes of traffic, the user can effectively configure the data prioritization component of the processing device.

24. Each Accused Instrumentality performs the step of determining at least one of an effective link speed and a link proportion for at least one link. Relevant to the QoS capability provided by Accused Instrumentalities, the routers will determine at least one of an effective link speed and a link proportion for one link, in order to prioritize traffic that the user wants to prioritize. Accused Instrumentalities can determine an effective link speed and link proportion for at least one link. ECS4660-28F Management Guide, p. 334: QoS metering defines CIR/maximum throughput in kbps, with the maximum determined relative to the maximum port speed and expressly states that the rate cannot exceed the configured interface speed.

**srTCM** (Police Meter) – Defines the committed information rate (CIR, or maximum throughput), committed burst size (BC, or burst rate) and excess burst size (BE), and the action to take for traffic conforming to the maximum throughput, exceeding the maximum throughput but within the excess burst size, or exceeding the excess burst size. In addition to the actions defined by this command to transmit, remark the DSCP service value, or drop a packet, the switch will also mark the two color bits used to set the drop precedence of a packet.

The color modes include "Color-Blind" which assumes that the packet stream is uncolored, and "Color-Aware" which assumes that the incoming packets are pre-colored. The functional differences between these modes is described at the beginning of this section under "srTCM Police Meter."

- **Committed Information Rate** (CIR) – Rate in kilobits per second. (Range: 0-10000000 kbps or maximum port speed, whichever is lower)

  The rate cannot exceed the configured interface speed.

- **Committed Burst Size** (BC) – Burst in bytes. (Range: 0-524288 bytes)

  The burst size cannot exceed 16 Mbytes.

- **Excess Burst Size** (BE) – Burst in excess of committed burst size. (Range: 0-524288 bytes)

  The burst size cannot exceed 16 Mbytes.

- **Conform** – Specifies that traffic conforming to the maximum rate (CIR) will be transmitted without any change to the DSCP service level.

(*E.g.*, https://www.edge-core.com/_upload/images/ECS4660-28F_MG_R03.pdf).

25. Each Accused Instrumentality performs the step of metering inbound data by shaping the inbound data for the at least one link. Ingress bandwidth is managed by configured rules that correspond to user defined policies. These policies can be set to shape inbound data as Exceed parameters can be set to Set IP DSCP values such that competing traffic has to be shaped to follow these rules. The Accused Instrumentalities have a data metering component of the processing device. This is how QoS works: the user-defined rules are enforced by metering the data flows. As shown below, to add a rule to a policy, there are settings to Meter traffic.

**Figure 156: Adding Rules to a Policy Map**




**Police Flow Meter** – Defines the committed information rate (maximum throughput), committed burst size (burst rate), and the action to take for conforming and non-conforming traffic.

Policing is based on a token bucket, where bucket depth (that is, the maximum burst before the bucket overflows) is specified by the "burst" field (BC), and the average rate tokens are removed from the bucket is specified by the "rate" option (CIR). Action may be taken for traffic

conforming to the maximum throughput, or exceeding the maximum throughput.

- **Meter** – Check this to define the maximum throughput, burst rate, and the action that results from a policy violation.
- **Meter Mode** – Selects one of the following policing methods.
  - **Flow** (Police Flow) – Defines the committed information rate (CIR, or maximum throughput), committed burst size (BC, or burst rate), and the action to take for conforming and non-conforming traffic. Policing is based on a token bucket, where bucket depth (that is, the maximum burst before the bucket overflows) is specified by the "burst" field, and the average rate tokens are removed from the bucket is by specified by the "rate" option.

(*E.g.*, https://www.edge-core.com/_upload/images/ECS4660-28F_MG_R03.pdf).

- **Committed Information Rate** (CIR) – Rate in kilobits per second. (Range: 0-10000000 kbps or maximum port speed, whichever is lower)

  The rate cannot exceed the configured interface speed.
- **Committed Burst Size** (BC) – Burst in bytes. (Range: 0-524288 bytes)

  The burst size cannot exceed 16 Mbytes.
- **Conform** – Specifies that traffic conforming to the maximum rate (CIR) will be transmitted without any change to the DSCP service level.
  - **Transmit** – Transmits in-conformance traffic without any change to the DSCP service level.
- **Violate** – Specifies whether the traffic that exceeds the maximum rate (CIR) will be dropped or the DSCP service level will be reduced.

- **Set IP DSCP** – Decreases DSCP priority for out of conformance traffic. (Range: 0-63)
- **Drop** – Drops out of conformance traffic.

(*E.g.*, https://www.edge-core.com/_upload/images/ECS4660-28F_MG_R03.pdf).

26. Each Accused Instrumentality performs the step of metering outbound data by policing the outbound data for the at least one link. By setting Egress policies to meter data.

**Figure 156: Adding Rules to a Policy Map**




To show the rules for a policy map:

1. Click Traffic, DiffServ.
2. Select Configure Policy from the Step list.
3. Select Show Rule from the Action list.

(*E.g.*, https://www.edge-core.com/_upload/images/ECS4660-28F_MG_R03.pdf).

27. Each Accused Instrumentality performs the step of communicating the data from the data communications system. Each Accused Instrumentality performs has a data communication component of the processing device configured to communicate the data.

> The switch provides a wide range of advanced performance enhancing features. Flow control eliminates the loss of packets due to bottlenecks caused by port saturation. Broadcast storm suppression prevents broadcast traffic storms from engulfing the network. Untagged (port-based), tagged, and protocol-based VLANs, plus support for automatic GVRP VLAN registration provide traffic security and efficient use of network bandwidth. CoS priority queueing ensures the minimum delay for moving real-time multimedia data across the network. While multicast filtering and routing provides support for real-time network applications.
>
> Some of the management features are briefly described below.

(*E.g.*, https://www.edge-core.com/_upload/images/ECS4660-28F_MG_R03.pdf).

28. Each Accused Instrumentality performs the step of communicating, wherein communicating the data comprises communicating the data based at least in part on the priority of the data. The Accused Instrumentalities are designed to communicate data based on the priority of the data.

> All switches or routers that access the Internet rely on class information to provide the same forwarding treatment to packets in the same class. Class information can be assigned by end hosts, or switches or routers along the path. Priority can then be assigned based on a general policy, or a detailed examination of the packet. However, note that detailed examination of packets should take place close to the network edge so that core switches and routers are not overloaded.
>
> Switches and routers along the path can use class information to prioritize the resources allocated to different traffic classes. The manner in which an individual device handles traffic in the DiffServ architecture is called per-hop behavior. All devices along a path should be configured in a consistent manner to construct a consistent end-to-end QoS solution.

(*E.g.*, https://www.edge-core.com/_upload/images/ECS4660-28F_MG_R03.pdf).

29. Each Accused Instrumentality performs the step of communicating, wherein communicating the data comprises communicating the data based at least

in part on the effective link speed. Based on the QoS configuration, when a variety of traffic classes are all competing for bandwidth, the router needs to determine which link gets how much bandwidth based on the rules/policies set by the user.

30. Each Accused Instrumentality performs the step of communicating, wherein communicating the data comprises communicating the data based at least in part on the link proportion. Providing the ability for users to configure what portion of bandwidth gets allocated to different traffic classes, this directly affects how QoS determines what bandwidth is provided for each link, especially when the traffic classes are in the Exceed state and that is set to a different IP DSCP number.

31. Each Accused Instrumentality performs the step of communicating wherein at least the steps of receiving and prioritizing occur at a transport layer of a protocol stack. Defendant specifically states its QoS model uses Layer 4 information in each packet to prioritize data, which is the transport layer.

> The commands described in this section are used to configure Quality of Service (QoS) classification criteria and service policies. Differentiated Services (DiffServ) provides policy-based management mechanisms used for prioritizing network resources to meet the requirements of specific traffic types on a per hop basis. Each packet is classified upon entry into the network based on access lists, IP Precedence, DSCP values, VLAN lists, or CoS values. Using access lists allows you select traffic based on Layer 2, Layer 3, or Layer 4 information contained in each packet. Based on configured network policies, different kinds of traffic can be marked for different kinds of forwarding.

(*E.g.*, https://www.edge-core.com/_upload/images/ECS4660-28F_MG_R03.pdf).

32. **Indirect Infringement**. Upon information and belief, Defendant has been and now is indirectly infringing by way of inducing infringement and contributing to the infringement of claim 11 of the '860 Patent in the State of California, in this District, and elsewhere in the United States, by providing the Accused Instrumentality for use as described above by Defendant's customers. Defendant advertised, offered for sale, and/or sold the '860 Patent Accused Instrumentality to its customers for use in a manner that Defendant knew infringed claim 1 of the '860 Patent. For example, Defendant provided marketing material showing that the '860 Patent Accused Instrumentality, when used, infringes claim 1 of the '860 Patent. (*Supra* ¶¶19-31 (identifying marketing materials)).

33. On information and belief, since Defendant became aware of the '860 Patent and the infringement at least as of the date of service of this Complaint, Defendant is and has been committing the act of inducing infringement by specifically intending to induce infringement by providing the Accused Instrumentality to its customers and by aiding and abetting its use as demonstrated by the marketing materials in a manner known to infringe by Defendant. Since becoming aware of the infringing use of the Accused Instrumentality, Defendant knew that the use of the Accused Instrumentality by its customers as instructed constituted direct patent infringement. Despite this knowledge, Defendant continued to encourage and induce its customers to use the Accused Instrumentality to infringe as described above and provided instructions for using the Accused

Instrumentality to infringe, including through instructional materials, support, and user's guides. Exemplary materials are cited above. (*Supra* ¶¶19-31 (identifying marketing materials)). Defendant therefore knowingly induced infringement and specifically intended to encourage and induce the infringement of the '860 Patent by its customers.

34. On information and belief, since Defendant became aware of the infringement at least as of the date of service of this Complaint, Defendant is and has been committing the act of contributory infringement by intending to provide the identified Accused Instrumentality to its customers knowing that it is a material part of the invention, knowing that its use was made and adapted for infringement of the '860 Patent, and further knowing that the accused use of the Accused Instrumentality is not a staple article or commodity of commerce suitable for substantially non-infringing use. As described above, Defendant was aware that all material claim limitations are satisfied by the use and implementation of the Accused Instrumentality by Defendant's customers in the manner described above yet continued to provide the Accused Instrumentality to its customers knowing that it is a material part of the invention. (*Supra* ¶¶19-31 (identifying marketing materials)). As described above, since learning of the infringement, Defendant knew that the use and implementation of the Accused Instrumentality by its customers was made and adapted for infringement of the '860 Patent. (*Id.*). A new act of direct infringement occurred each time a customer implemented and/or used

the Accused Instrumentality in the manner described above. After Defendant became aware that the use of the Accused Instrumentality infringes at least one claim, Defendant knew that each such new use was made and adapted for infringement of the ‘860 Patent and Defendant continued to advertise and provide the Accused Instrumentality for such infringing activities. (*Supra* ¶¶19-31 (identifying marketing materials)). Furthermore, as described more fully above, the Accused Instrumentality has functionality designed to infringe and is therefore not a staple article or commodity of commerce suitable for substantially non-infringing use. (*Id.*).

35. Plaintiff is in compliance with any applicable marking and/or notice provisions of 35 U.S.C. § 287 with respect to the ‘860 Patent.

36. Plaintiff has been damaged as a result of Defendant’s infringing conduct. Defendant is thus liable to Plaintiff for damages in an amount that adequately compensates Plaintiff for such Defendant’s infringement of the ‘860 Patent, *i.e.*, in an amount that by law cannot be less than would constitute a reasonable royalty for the use of the patented technology, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

37. Unless a preliminary and permanent injunction is issued enjoining Defendant and all others acting in active concert therewith from infringing the ‘860 Patent, Plaintiff will be greatly and irreparably harmed.

## V. JURY DEMAND

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court find in its favor and against Defendant, and that the Court grant Plaintiff the following relief:

a. Judgment that claim 1 of United States Patent No. 7,990,860 was infringed, either literally and/or under the doctrine of equivalents by Defendant;

b. Judgment that Defendant account for and pay to Plaintiff all damages to and costs incurred by Plaintiff because of Defendant's infringing activities and other conduct complained of herein, and an accounting of all infringements and damages not presented at trial;

c. That Plaintiff be granted pre-judgment and post-judgment interest on the damages caused by Defendant's infringing activities and other conduct complained of herein; and

d. That Plaintiff be granted such other and further relief as the Court may deem just and proper under the circumstances.

October 22, 2026

Respectfully Submitted,

*<u>/s/ Stephen M. Lobbin</u>*
Stephen M. Lobbin
SML Avvocati P.C.
969 Hilgard Avenue, Suite 1012
Los Angeles, CA 90024
(949) 636-1391
sml@smlavvocati.com

*Attorneys for Plaintiff*
*Vision Sphere Labs LLC*

OF COUNSEL:

David R. Bennett
(motion for *pro hac vice* to be filed)
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com